[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
MEMORANDUM OF DECISION
In this proceeding in which plaintiff moves for a deficiency judgment after the law day passed in a strict foreclosure and defendant failed to redeem so that title vested in the plaintiff on November 20, 1990, the court finds as follows:
1. The amount due plaintiff on the original judgment of 10/15/90 $ 149,558.87
2. Attorney's fees allowed 3,000.00
3. Interest from date of judgment to vesting of title 1,462.65 ------------ $ 154,021.52
4. Less rents collected by plaintiff before title vested in plaintiff — 8,112.00
5. Total judgment debt less rents collected
6. Value or property calculated as follows:
 a. Income P Package store $966 mo. $ 11,592 Apt. 1 $ 620 mo. 7,440 Apt. 2 $ 580 mo. 6,960 Vacant office 2,400 -------- Total economic rent $ 28,392 Less allowance for vacancy at 5% 1,419 -------- Effective gross income $ 26,973.00
 b. Expenses Taxes $ 2,654 CT Page 6264 Insurance 1,400 Electric and gas 1,500 Repairs and maintenance 2,000 Management 500 Miscellaneous 500 -------- Total expenses 8,554.00 -----------
c. Net income $ 18,419.00
d. Capitalization rate 12.8%
e. Property value ($18,419 x 12.8%) $ 143,898.00
 f. Deficiency amount ($ 145,909 — $ 143,898) $ 2,011.00
 g. Interest on deficiency amount at 10% from 11/20/98 — 6/26/91 219 days at .55 121.00
h. Additional attorney's fees 400.00
i. Costs on original judgment 651.00
j. Additional Appraiser's fees 350.00
k. Deficiency judgment $ 3,533.00
Deficiency judgment of $ 3,533 may enter in favor of plaintiff.
SATTER, J.